JULIA WHITTAM and Another, Respondents, v. WILLIAM F. WALSH, Appellant.— Judgment affirmed, with costs.    All concurred.

JONAH BOROVOY, Respondent, v. WILLIAM H. TRING, Appellant.— Judgment and order affirmed, with costs.    All concurred.

CLARENCE E. MARTIN, Respondent, v. DUNCAN I. ROBERTS, as President of United States Express Company, Appellant.— Judgment and order affirmed, with costs.    All concurred.

ANNA MARTIN, Respondent, v. DUNCAN I. ROBERTS, as President of United States Express Company, Appellant.— Judgment and order affirmed, with costs.    All concurred.

In the Matter of ELBERT V. HETFIELD, an Attorney at Law.— Report of referee confirmed, and order of disbarment entered.    All concurred.

KATHRYN T. EGAN, Appellant, v. INTERNATIONAL RAILWAY COMPANY, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

LEVI CARPENTER, JR., Respondent, v. HATTIE C. WISE and Others, Appellants.— Motions for leave to appeal to Court of Appeals denied, with ten dollars costs.

LODOWICK HOLMES JONES, Appellant, v. HARVEY T. RAMSDELL and Others, Respondents.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

THOMAS BOYD, Respondent, v. BUFFALO, LOCKPORT AND ROCHESTER RAILWAY COMPANY, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

WILLIAM SCHULTZ, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

JOHN W. DAVIS, Respondent, v. POST-STANDARD COMPANY, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.